# In the United States Court of Federal Claims

Case No. 11-573C
(Filed:  September 19, 2011)

```
* * * * * * * * * * * * * * * * * * * * * * * * *     *
                                                      *
ORION TECHNOLOGY, INC.,                               *
                     Plaintiff,                       *
      v.                                              *
                                                      *
THE UNITED STATES OF AMERICA,                         *
                     Defendant,                       *
      and                                             *
                                                      *
STRATEGIC RESOURCES, INC.,                            *
                     Intervenor.                      *
                                                      *
* * * * * * * * * * * * * * * * * * * * * * * * *     *
```

## ORDER

Strategic Resources, Inc.'s Motion to Intervene filed September 14, 2011, is hereby GRANTED.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge